Attorney Identification
(include State Bar number)

E. John Vodonick, (SB# 63089)
PO Box 763, Nevada City, CA. 95959
(530) 478 1078

Attorney(s) for:
Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. DE SENA,<br>Plaintiff(s)<br><br>v.<br><br>AMERICAN RED CROSS OF NORTHEASTERN CALIFORNIA, ET AL.,<br>Defendant(s) | NO. 2:11-CV-01715-WBS -GGH<br><br>STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: 09/08/2011

s/ E. John Vodonick
Name:
Attorney(s) for Plaintiff(s)

_[signature]_
Name:
Attorney(s) for Defendant(s)