E. John Vodonick (SB#063089)
PO Box 763
Nevada City, California 95959
Telephone: (530) 478•1078
Facsimile: (530) 687•6304

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DE SENA | ) Case No. 2:11-CV-01715-WBS-GGH |
| | ) |
| Plaintiff, | ) ORDER REFERRING CASE TO |
| | ) VOLUNTARY DISPUTE RESOLUTION |
| vs. | ) |
| | ) |
| AMERICAN RED CROSS, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties having stipulated to submit this case to voluntary dispute resolution pursuant to local rule 271, the Court so orders.

DATED: October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-