E. John Vodonick (SB#063089)
PO Box 763
Nevada City, California 95959
Telephone: (530) 478•1078
Facsimile: (530) 687•6304

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DE SENA | Case No. 2:11-CV-01715-WBS-GGH |
| Plaintiff, | ORDER DISMISSING CASE PURSUANT TO STIPULATION FOR VOLUNTARY DISMISSAL F.R.Civ.P. 41(a)(1)(A)(ii) |
| vs. | |
| AMERICAN RED CROSS, ET AL. | |
| Defendants. | |

The parties having stipulated to the voluntary dismissal of this action pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), the Court so orders all parties to bear their own costs and attorney fees.

DATED: January 18, 2012      _[signature]_
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE